**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ARVIN DANIEL GUTIERREZ ARANCIBIA**          **CASE NO.  1:26-CV-01179 SEC P**
**#A221-022-314**

**VERSUS**                                                              **JUDGE ALEXANDER C. VAN HOOK**

**RIVER CORRECTIONAL CENTER ET AL**          **MAGISTRATE JUDGE DAVID J. AYO**

**MEMORANDUM ORDER**

Before the court is a petition for writ of habeas corpus filed on April 13, 2026.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> The plaintiff failed to sign the petition.  **Plaintiff must provide a signed original petition.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this 23rd day of April, 2026.

David J. Ayo
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241 – Signature Page