**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**


**ARVIN DANIEL GUTIERREZ ARANCIBIA**   **CASE NO.  1:26-CV-01179 SEC P**
**#A221-022-314**

**VERSUS**                                          **JUDGE ALEXANDER C. VAN HOOK**

**RIVER CORRECTIONAL CENTER ET AL**   **MAGISTRATE JUDGE DAVID J. AYO**

### MEMORANDUM ORDER

On April 13, 2026, a petition for writ of habeas corpus was filed by the plaintiff.  On

April 24, 2026, a memorandum order was issued by this court ordering the plaintiff within 30

days of the date of the order to sign and return the petition for writ of habeas corpus.  Mover has

failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on

April 13, 2026, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this 4th day of June, 2026.

David J. Ayo
United States Magistrate Judge